United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Mahadin Hussein Nour, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-26-2635 |
| | § | |
| Mark Wayne Mullin, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

On July 21, 2026, Respondents filed a Notice of Removal (docket no. 12) informing the Court that on July 4, 2026, Petitioner was removed from the United States to Sudan and, as a result of the removal, this action is moot.

Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE AS MOOT.**

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 22nd day of July, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE